UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO. 08-80730-CIV-MARRA/JOHNSON

HEATHER KERTESZ,

        Plaintiff,

v.

NET TRANSACTIONS, LTD., a Gibraltar limited liability company d/b/a COLLEGEWILDPARTIES.COM;
VENTURA CONTENT, AVV, an Aruban corporation; TB ADVERTISING SERVICES, AVV, an Aruban corporation;
WESTLAKE HOLDINGS, AVV, an Aruban corporation; EDWARD JAMES ENTERPRISES, INC., a Florida corporation; and JAMES WITUCKI, an individual,

        Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that BRENT CASLIN, ESQUIRE, CHRISTOPHER CHIOU, ESQUIRE, and PAUL O. LOPEZ, ESQUIRE, are hereby substituted as counsel for all defendants in place of RICHARD C. WOLFE, ESQUIRE. JESSICA PENA-SACKETT, ESQUIRE continues to represent defendants NET TRANSACTIONS, LTD. and WESTLAKE HOLDINGS, AVV.

IT IS FURTHER STIPULATED that RICHARD C. WOLFE, ESQUIRE, shall have no further responsibility in this matter.

DATED this 19th day of October, 2009.

**STIPULATION FOR SUBSTITUTION OF COUNSEL (Signatures of Counsel)**

By: *[signature]*
Brent Caslin, Esquire
Subject to *Pro Hac Vice* Application
Email: bcaslin@jenner.com
Jenner & Block LLP
633 West 5th Street, Floor 35
Los Angeles, California 90071
Telephone: 213-239-5100
Facsimile: 213-239-5199

By: *[signature]*
Jessica Pena-Sackett, Esquire
Admitted *Pro Hac Vice*
Email: jessicap@torzo.com
6614 E. Tanque Verde
Tucson, Arizona 85714
Telephone: 520-290-0910
Facsimile: 520-258-4045

By: *[signature]*
Christopher Chiou, Esquire
Subject to *Pro Hac Vice* Application
Email: cchiou@jenner.com
Jenner & Block LLP
633 West 5th Street, Floor 35
Los Angeles, California 90071
Telephone: 213-239-5100
Facsimile: 213-239-5199

By: *[signature]*
Paul O. Lopez, Esquire
Florida Bar No. 355607
Email: pol@trippscott.com
Tripp Scott, P.A.
110 S.E. Sixth Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475

STIPULATION FOR SUBSTITUTION OF COUNSEL (Signatures of Counsel)

By: _____
Richard C. Wolfe, Esquire
Florida Bar No. 355607
Email: rwolfe@rra-law.com
Rothstein Rosenfeldt Adler
Bank of America Tower
International Place
100 S.E. Second Street, Suite 3300
Miami, Florida 33131
Telephone: 305-381-7115
Facsimile: 305-381-7116

## CLIENT CONSENT

I, Allison Vivas, on behalf of defendants Net Transactions, Ltd. and Westlake Holdings, AVV, request that Brent Caslin, Esquire, Christopher Chiou, Esquire, and Paul O. Lopez, Esquire be substituted as my counsel in the above matter.

_____
ALLISON VIVAS, on behalf of
NET TRANSACTIONS, LTD. and
WESTLAKE HOLDINGS, AVV

I, James Witucki, individually and on behalf of defendant Edward James Enterprises, Inc., request that Brent Caslin, Esquire, Christopher Chiou, Esquire, and Paul O. Lopez, Esquire be substituted as my counsel in the above matter.

_____
JAMES WITUCKI, individually and on
behalf of EDWARD JAMES
ENTERPRISES, INC.