UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO. 08-80730-CIV-MARRA/JOHNSON

HEATHER KERTESZ,

        Plaintiff,

v.

NET TRANSACTIONS, LTD., a Gibraltar
limited liability company d/b/a
COLLEGEWILDPARTIES.COM;
VENTURA CONTENT, AVV, an Aruban
corporation; TB ADVERTISING
SERVICES, AVV, an Aruban corporation;
WESTLAKE HOLDINGS, AVV, an Aruban
corporation; EDWARD JAMES ENTERPRISES,
INC., a Florida corporation; and JAMES
WITUCKI, an individual,

        Defendants.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that BRENT CASLIN, ESQUIRE, CHRISTOPHER CHIOU, ESQUIRE, and PAUL O. LOPEZ, ESQUIRE, are hereby substituted as counsel for all defendants in place of RICHARD C. WOLFE, ESQUIRE. JESSICA PENA-SACKETT, ESQUIRE continues to represent defendants NET TRANSACTIONS, LTD. and WESTLAKE HOLDINGS, AVV.

IT IS FURTHER STIPULATED that RICHARD C. WOLFE, ESQUIRE, shall have no further responsibility in this matter.

DATED this 19th day of October, 2009.

**STIPULATION FOR SUBSTITUTION OF COUNSEL (Signatures of Counsel)**

By: *[signature]* Brent Cas
Brent Caslin, Esquire
Subject to *Pro Hac Vice* Application
Email: bcaslin@jenner.com
Jenner & Block LLP
633 West 5th Street, Floor 35
Los Angeles, California 90071
Telephone: 213-239-5100
Facsimile: 213-239-5199

By: *[signature]*
Jessica Peña-Sackett, Esquire
Admitted *Pro Hac Vice*
Email: jessicap@torzo.com
6614 E. Tanque Verde
Tucson, Arizona 85714
Telephone: 520-290-0910
Facsimile: 520-258-4045

By: *[signature]*
Christopher Chiou, Esquire
Subject to *Pro Hac Vice* Application
Email: cchiou@jenner.com
Jenner & Block LLP
633 West 5th Street, Floor 35
Los Angeles, California 90071
Telephone: 213-239-5100
Facsimile: 213-239-5199

By: *[signature]*
Paul O. Lopez, Esquire
Florida Bar No. 355607
Email: pol@trippscott.com
Tripp Scott, P.A.
110 S.E. Sixth Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475

**STIPULATION FOR SUBSTITUTION OF COUNSEL (Signatures of Counsel)**

By: _____
Richard C. Wolfe, Esquire
Florida Bar No. 355607
Email: rwolfe@rra-law.com
Rothstein Rosenfeldt Adler
Bank of America Tower
International Place
100 S.E. Second Street, Suite 3300
Miami, Florida 33131
Telephone: 305-381-7115
Facsimile: 305-381-7116

## CLIENT CONSENT

I, Allison Vivas, on behalf of defendants Net Transactions, Ltd. and Westlake Holdings, AVV, request that Brent Caslin, Esquire, Christopher Chiou, Esquire, and Paul O. Lopez, Esquire be substituted as my counsel in the above matter.

_____
ALLISON VIVAS, on behalf of
NET TRANSACTIONS, LTD. and
WESTLAKE HOLDINGS, AVV


I, James Witucki, individually and on behalf of defendant Edward James Enterprises, Inc., request that Brent Caslin, Esquire, Christopher Chiou, Esquire, and Paul O. Lopez, Esquire be substituted as my counsel in the above matter.

_____
JAMES WITUCKI, individually and on
behalf of EDWARD JAMES
ENTERPRISES, INC.

## ORDER ON STIPULATION FOR SUBSTITUTION OF COUNSEL

THIS CAUSE having come on upon the Stipulation for Substitution of Counsel filed in the captioned matter, and the Court being otherwise advised in the premises, it is:

ORDERED AND ADJUDGED that BRENT CASLIN, ESQUIRE, CHRISTOPHER CHIOU, ESQUIRE, and PAUL O. LOPEZ, ESQUIRE are hereby substituted as counsel for the defendants in place of RICHARD C. WOLFE, ESQUIRE. Direct any and all pleadings and/or correspondence to:

Brent Caslin, Esquire
Christopher Chiou, Esquire
JENNER & BLOCK LLP
633 West 5th Street, Floor 35
Los Angeles, CA 90071

Paul O. Lopez, Esquire
TRIPP SCOTT, P.A.
110 S.E. Sixth Street, 15th Floor
Fort Lauderdale, Florida 33301

IT IS FURTHER ORDERED that RICHARD C. WOLFE, ESQUIRE, shall not have no further responsibility for this matter.

DONE AND ORDERED in Chambers at West Palm Beach, Palm Beach County, Florida this 19th day of October, 2009.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Brent Caslin, Esq.
Christopher Chiou, Esq.
Paul O. Lopez, Esq.
Richard C. Wolfe, Esq.
Jessica Pena-Sackett, Esq.