UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.08-80730-CIV-MARRA/JOHNSON

HEATHER KERTESZ,

       Plaintiff,

vs.

NET TRANSACTIONS, LTD., a Gibraltar limited
liability company, d/b/a
COLLEGEWILDPARTIES.COM, VENTURA
CONTENT, AVV, and Aruban corporation,
TB ADVERTISING SERVICES, AVV,
an Aruban corporation, WESTLAKE
HOLDINGS, AVV, an Aruban corporation,
EDWARD JAMES ENTERPRISES, INC.,
a Florida corporation, and
JAMES WITUCKI, an individual,

       Defendants.
_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS' AFFIRMATIVE DEFENSES

Plaintiff, HEATHER KERTESZ, by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure hereby files her Response to Defendants' Affirmative Defenses and states as follows:

1.    Plaintiff denies Defendants' First Affirmative Defense and demands strict proof thereof.

2.    Plaintiff denies Defendants' Second Affirmative Defense and demands strict proof thereof.

3.    Plaintiff denies Defendants' Third Affirmative Defense and demands strict proof thereof.

4.    Plaintiff denies Defendants' Fourth Affirmative Defense and demands strict proof thereof.

5.    Plaintiff denies Defendants' Fifth Affirmative Defense and demands strict proof thereof.

6.    Plaintiff denies Defendants' Sixth Affirmative Defense and demands strict proof thereof.

7.    Plaintiff denies Defendants' Seventh Affirmative Defense and demands strict proof thereof.

8. Plaintiff denies Defendants' Eighth Affirmative Defense and demands strict proof thereof.

9. Plaintiff denies Defendants' Ninth Affirmative Defense and demands strict proof thereof.

10. Plaintiff denies Defendants' Tenth Affirmative Defense and demands strict proof thereof.

11. Plaintiff denies Defendants' Eleventh Affirmative Defense and demands strict proof thereof.

12. Plaintiff denies Defendants' Twelfth Affirmative Defense and demands strict proof thereof.

13. Plaintiff denies Defendants' Thirteenth Affirmative Defense and demands strict proof thereof.

WHEREFORE, Plaintiff, HEATHER KERTESZ, respectfully files the foregoing <u>Response to Defendants' Affirmative Defenses</u>.

        Respectfully submitted,
        SEIDEN, ALDER, MATTHEWMAN & BLOCH, P.A.
        Attorneys for Plaintiff
        7795 NW Beacon Square Blvd., Suite 201
        Boca Raton, Florida 33487
        Telephone:   (561) 416-0170
        Facsimile:    (561) 416-0171

        By: /s/ Avery A. Dial
            Avery A. Dial
            Florida Bar No. 732036
            adial@seidenlaw.com
            Andrew Seiden
            Florida Bar No. 373672
            aseiden@seidenlaw.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 26th day of October, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    SEIDEN, ALDER, MATTHEWMAN & BLOCH, P.A.
                                    Attorneys for Plaintiff
                                    7795 NW Beacon Square Blvd., Suite 201
                                    Boca Raton, Florida 33487
                                    Telephone:   (561) 416-0170
                                    Facsimile:    (561) 416-0171

                                    By: /s/ Avery A. Dial
                                           Avery A. Dial
                                           Florida Bar No. 732036
                                           adial@seidenlaw.com
                                           Andrew Seiden
                                           Florida Bar No. 373672
                                           aseiden@seidenlaw.com

**SERVICE LIST**
**HEATHER KERTESZ, Plaintiff v. NET TRANSACTIONS, LTD., a Gibraltar limited liability company, d/b/a COLLEGEWILDPARTIES.COM, VENTURA CONTENT, AVV, and Aruban corporation, TB ADVERTISING SERVICES, AVV,an Aruban corporation, WESTLAKE HOLDINGS, AVV, an Aruban corporation, EDWARD JAMES ENTERPRISES, INC.,  a Florida corporation, and JAMES WITUCKI, an individual, Defendants**

**CASE NO.  08-80730-CIV-MARRA/JOHNSON**
**United States District Court, Southern District of Florida**

Paul O. Lopez, Esq.
110 S.E. Sixth Street, 15th Floor
For Lauderdale, FL 33301
pol@trippscott.com
(Counsel for NET TRANSACTIONS, LTD., WESTLAKE HOLDINGS, AVV,  EDWARD JAMES ENTERPRISES, INC. AND JAMES WITUCKI)

Brent Caslin, Esq. (subject to *pro hac vice* admission)
bcaslin@jenner.com
Christopher Chiou, Esq. (subject to *pro hac vice* admission)
cchiou@jenner.com
633 West 5th Street, Floor 35
Los Angeles, CA 90071
(Counsel for NET TRANSACTIONS, LTD., WESTLAKE HOLDINGS, AVV,  EDWARD JAMES ENTERPRISES, INC. AND JAMES WITUCKI)

Andrew Winston, Esq.
Florida Bar No. 10014
awinston@aol.com
Ben Murphey, Esq.
Florida Bar No. 25489
mbmurphey@aol.com
Lawlor, Winston & Justice
2211 Davie Blvd.
Fort Lauderdale, Florida 33312
Phone:   954.525.2345
Fax:   954.730.8908
(COUNSEL FOR EDWARD JAMES ENTERPRISES, INC.
AND JAMES WITUCKI)

Jessica Pena-Sackett, Esq.
Arizona Bar No.
Jessicap@torzo.com
6614 East Tanque Verde
Tuscon, AZ 85714
Telephone: 520-290-0910
Facsimile: 520-327-5740
(Co-Counsel for NET TRANSACTIONS, LTD., AND WESTLAKE HOLDINGS, AVV )