# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 20, 2009

Andrew Seiden
Seiden, Alder & Matthewman, P.A.
7795 NW BEACON SQUARE BLVD STE 201
BOCA RATON  FL  33487-1394



**Appeal Number: 09-14218-FF**
Case Style: Heather Kertesz v. John Doe
District Court Number: 08-80730 CV-KAM

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Regina Veals-Gillis (404) 335-6163

Encl.

DIS-4  (4-2009)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-14218-FF



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 20 2009
THOMAS K. KAHN
CLERK

HEATHER KERTESZ,

Plaintiff-Appellant,

versus

JOHN DOE, etc., et al.,

Defendants,

NET TRANSACTIONS, LTD,
a Gibraltar limited
liability company,
d.b.a. Collegewildparties.com,
EDWARD JAMES ENTERPRISES, INC.,
JAMES WITUCKI,
WESTLAKE HOLDINGS, AVV,
an Aruban Corporation,

Defendants-Appellees.

Appeal from the United States District Court for the
Southern District of Florida

Before: BLACK, BARKETT, and PRYOR, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, <u>sua sponte</u>, for lack of jurisdiction. The district court's June 24, 2009, order that dismissed two of the defendants from the action and the July 29, 2009, order denying the motion for rehearing are not final and immediately appealable because the orders did not dispose of all of the claims against all of the parties. <u>See</u> 28 U.S.C. § 1291; Fed.R.Civ.P. 54(b); <u>Haney v. City of Cumming</u>, 69 F.3d 1098, 1101 (11th Cir. 1995); <u>Williams v. Bishop</u>, 732 F.2d 885, 885-86 (11th Cir. 1984); <u>Pitney Bowes, Inc. v. Mestre</u>, 701 F.2d 1365, 1368 (11th Cir. 1983); <u>Broussard v. Lippman</u>, 643 F.2d 1131, 1133 (5th Cir. Unit A Apr. 1981).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.



2