UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

CASE NO. 08-80730-CIV-MARRA/JOHNSON

HEATHER KERTESZ,

        Plaintiff,

v.

NET TRANSACTIONS, LTD., a Gibraltar
limited liability company d/b/a
COLLEGEWILDPARTIES.COM;
WESTLAKE HOLDINGS, AVV, an Aruban
corporation; EDWARD JAMES ENTERPRISES,
INC., a Florida corporation; and JAMES
WITUCKI, an individual,

        Defendants.
_____/

## STIPULATION REQUESTING EXTENSION OF DEADLINE FOR SUBSTANTIVE PRE-TRIAL MOTIONS TO NOVEMBER 30, 2009

    Plaintiff HEATHER KERTESZ, by and through her attorneys SEIDEN, ALDER, MATTHEWMAN & BLOCH, P.A., and Defendants NET TRANSACTIONS, LTD., WESTLAKE HOLDINGS, AVV, EDWARD JAMES ENTERPRISES, INC., and JAMES WITUCKI, by and through their attorneys TRIPP SCOTT, P.A., JENNER & BLOCK LLP, and JESSICA PENA-SACKETT, hereby agree and stipulate that the Parties respectfully request an extension of the deadline to file substantive pre-trial motions to November 30, 2009. In so stipulating, the Parties state as follows:

    1.    Pursuant to the Endorsed Order Granting Joint Motion to Reset Trial (docket entry #231), the Court set a Jury Trial for March 1, 2010, with a Calendar Call on February 19, 2010. All other deadlines set forth in the Order Setting Trial Date which are linked to the Calendar Call are

modified to the extent the Calendar Call date was changed.

2. The Calendar Call had been initially scheduled for September 4, 2009, and the deadline for substantive pre-trial motions was initially set for June 1, 2009. The time period from June 1, 2009 to September 4, 2009 is 95 days.

3. Accordingly, the Parties have calculated that the current deadline for substantive pre-trial motions is November 16, 2009 (95 days before the February 19, 2010 Calendar Call).

4. In light of the Defendants' recent substitution of counsel, Parties have agreed to request a two-week extension of the November 16, 2009 deadline for substantive pre-trial motions.

5. The Parties do not seek to reset the trial date or to extend any other deadlines set by the Court that are linked to the Calendar Call.

\* \* \*

The Parties hereby respectfully request that the deadline for substantive pre-trial motions be extended until November 30, 2009, and the deadlines for all other pre-trial events remain unchanged.

DATED this 4th day of November [October struck], 2009.

By: _____
Attorneys for the Plaintiff
Avery A. Dial, Esquire
Florida Bar No. 732036
Email: adial@seidenlaw.com
Seiden, Alder, Matthewman & Bloch, P.A.
7795 NW Beacon Square Blvd., Suite 201
Boca Raton, RL 33487
Telephone: 561-416-0170
Facsimile: 561-416-0171

By: s/ Paul O. Lopez
Attorneys for All Defendants
Paul O. Lopez, Esquire
Florida Bar No. 355607
Email: pol@trippscott.com
Tripp Scott, P.A.
110 S.E. Sixth Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475